COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellant,

v.

Woodrow ARNETT and Lula Arnett, his wife et al., Appellees.

Court of Appeals of Kentucky.

March 22, 1968.

Robert F. Matthews, Atty. Gen., H. C. Smith, C. E. Skidmore, Asst. Attys. Gen., Frankfort, for appellant.

Earl R. Cooper, Marcus Mann, Salyersville, for appellees.

OSBORNE, Judge.

This is the second appeal in this highway condemnation case. At the first trial the jury returned a verdict for $18,000 which this court held excessive on the basis of the

evidence. Commonwealth, Department of Highways v. Arnett, Ky., 390 S.W.2d 187. On the second trial the jury returned a verdict of $18,500, $500 in excess of the first verdict. The evidence on this trial was not substantially different from that at the first trial. The first decision, therefore, becomes the law of the case. Kentucky Road Oiling Company v. Sharp, 257 Ky. 378, 78 S.W.2d 38.

The judgment is reversed.

All concur.